IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 95-50751
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BILLY RAY BLACKMON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CR-122-ALL
- - - - - - - - - -
October 22, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Billy Ray Blackmon appeals his conviction following a jury trial for possession of a firearm by a felon in violation of 18 U.S.C. §§ 922(g)(1), 924(a). Blackmon raises the sole issue that his counsel was ineffective for failing to file a motion to suppress the firearm or to object to the introduction into evidence at trial of the firearm. The court cannot address his ineffective-assistance-of-counsel claim because the record is not sufficiently complete to fairly evaluate the merits of the claim.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See <u>United States v. Higdon</u>, 832 F.2d 312, 313-14 (5th Cir. 1987).  The Government's motion to supplement the record is DENIED.

AFFIRMED.